IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.							CASE NO.: 1:08cr40-SPM

ROBERT ANTHONY PARKER,
 a/k/a Tony Parker,

				Defendant.
_____/

## ORDER GRANTING MOTION TO FILE UNDER SEAL

This cause comes before the Court on Defendant Robert Anthony

Parker's Unopposed Motion to Seal Motion to Adopt Defendant Yearty's Motion

in Limine.  Doc. 95.  Upon consideration, it is

ORDERED AND ADJUDGED:

1.	The motion (doc. 95) is granted.

2.	When submitted, the clerk shall file under seal Defendant Robert

Anthony Parkers' motion to adopt.

DONE AND ORDERED this 22nd day of October, 2009.


_s/ Stephan P. Mickle_____
Stephan P. Mickle
Chief United States District Judge